UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICAH STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV2578 RLW |
| | ) | |
| McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Discovery Deadline (ECF No. 27). Plaintiff filed his motion on October 30, 2014, and Defendant filed a response in opposition on October 31, 2014. Plaintiff has not filed a reply brief, and the time for doing so has expired. Upon review Plaintiff's motion and Defendant's response, the Court will deny the Motion for Extension of Discovery Deadline.

Plaintiff filed this employment discrimination action on December 27, 2013. United States District Judge Henry E. Autrey issued a Case Management Order ("CMO") on March 14, 2014, with a discovery deadline of October 30, 2014, a date the parties agreed to in their Joint Scheduling Plan. The CMO further provides that "[n]o later than twenty-one (21) days preceding the deadline for completion of discovery, any party may request **in a written motion** that the Court hold a supplemental conference to discuss issues of scheduling and management of the action. **WHETHER TO GRANT SUCH A REQUEST IS A MATTER FOR THE COURT'S DISCRETION.**" (Case Management Order of 3/14/14, ECF No. 11)

Here, Plaintiff failed to file a request for a conference to discuss scheduling issues within 21 days of the discovery deadline and thus failed to comply with the CMO. Instead, Plaintiff

filed a motion for extension on the date the discovery deadline expired. As such, the undersigned will deny Plaintiff's motion for failure to comply with the Court's Case Management Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Discovery Deadline (ECF No. 27) is **DENIED.**

Dated this 12th Day of November, 2014.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE